# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2079

_____

Johnny B. Ward,                              *
                                             *
                 Appellant,                  *    Appeal from the United States
                                             *    District Court for the Eastern
      v.                                     *    District of Missouri.
                                             *
Rena E. Armstrong,                           *         [UNPUBLISHED]
                                             *
                 Appellee.                   *

_____

Submitted:  April 23, 2001

Filed:  April 26, 2001

_____

Before MORRIS SHEPPARD ARNOLD, RICHARD S. ARNOLD, and FAGG,
    Circuit Judges.

_____

PER CURIAM.

Johnny B. Ward appeals following entry of judgment in Ward's favor in a negligence action he brought against Rena E. Armstrong. Having carefully reviewed the record, we conclude the district court did not commit error when it refused to grant Ward damages for lost wages. We have considered and reject Ward's remaining arguments. We thus affirm the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

          CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.